AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| JAMARCUS LAMARTINEZ SMITH | (WO) |

Case No.   3:17cr127-WKW

USM No. 17175-002

Cecilia Vaca
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

***Defendant PLEAD NO CONTEST to VIOLATION #1 of the PETITION FILED 9/27/2022***

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state or local crime | 09/05/2022 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's  Soc. Sec. No.:   9108

Defendant's Year of Birth:     1986

City and State of Defendant's Residence:
Auburn, AL

02/01/2023
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKINS, United States District Judge
Name and Title of Judge

02/03/2023
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:  JAMARCUS LAMARTINEZ SMITH
CASE NUMBER:  3:17cr127-WKW

# IMPRISONMENT

       The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Thirteen (13) months.  The TERM of Supervised Release imposed on January 10, 2018 is REVOKED. NO SUPERVISED RELEASE TO FOLLOW.

    ☐  The court makes the following recommendations to the Bureau of Prisons:

    ☑  The defendant is remanded to the custody of the United States Marshal.

    ☐  The defendant shall surrender to the United States Marshal for this district:

        ☐  at  _____  ☐  a.m.  ☐  p.m.    on  _____ .

        ☐  as notified by the United States Marshal.

    ☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐  before 2 p.m. on  _____ .

        ☐  as notified by the United States Marshal.

        ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

      Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL